Form ntcreaf

**UNITED STATES BANKRUPTCY COURT**
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.: 09−17063
Judge: Nancy V. Alquist

In Re:  James D. Curtis
        Debtor(s)

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 2/18/10 at 02:30 PM

to consider and act upon the following:

21 − Reaffirmation Agreement, and Declaration of Counsel, Between Debtor and Toyota Motor Credit Corporation, Filed by Toyota Motor Credit Corporation. (Martinson, Brittny)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/11/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, C Martin 410−962−3252